IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| VINCENT THOMAS, Petitioner, v. STATE OF UTAH, Respondent. | **MEMORANDUM DECISION & DISMISSAL ORDER** Case No. 4:19-CV-12-DN District Judge David Nuffer |
|---|---|

Petitioner, Vincent Thomas, filed a habeas-corpus petition. He now moves for dismissal. Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the [petitioner's] request."

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's motion is GRANTED. (*See* Docket Entry # 7.) The action is DISMISSED WITHOUT PREJUDICE.

DATED this 19th day of August, 2019.

BY THE COURT:

_____
JUDGE DAVID NUFFER
United States District Court